**KENNETH A. RUSHTON (2827)**
**Attorney for Trustee**
**P.O. Box 212**
**Lehi, Utah 84043**
**Telephone: (801) 768-8416**



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 SEP 26  PM 2: 37

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| JOHN T. PINEGAR<br>KIMBERLIE J. PINEGAR | Bankruptcy No. 10-31624 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92003360474266.

3. The amounts are as follows:

| | |
|---|---|
| GE Money Bank<br>C/O Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | $ 1.77 |

4. A check in the amount of $1.77, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _21_ day of ___Sept___, 2011.

_____
**KENNETH A. RUSHTON, Trustee**



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed

Funds to the parties listed below by depositing the same in the United States mail,

postage prepaid, this _21_ day of ____Sept_____, 2011.


United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

2